S91A0745. SEIZ v. J. C. PENNEY COMPANY, INC.
(406 SE2d 473)

PER CURIAM.
Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur, except Smith, P. J., who dissents.*

SMITH, Presiding Justice, dissenting.
I would reverse this case because I believe, by our action today, we put our stamp of approval on juror misconduct.

DECIDED JULY 2, 1991.

*Sammy J. Hawkins,* for appellant.
*Whitehurst & Frick, Stephen P. Riexinger,* for appellee.